### CONSTANTINE and another *vs.* DUNHAM.

In an affidavit to found or resist a motion for change of venue, the party must
state that his witnesses are *each* and *every of them* material, and that with-
out the testimony of *each* and *every of them*, he cannot safely proceed to
trial.

THE plaintiffs opposed a motion to change the venue; they   *Angust 9.*
outnumbered the witnesses on the part of the defendant, but
did not state that without testimony of *each* and *every of them*,
(i. e. the witnesses,) they could not safely proceed to trial ;

ALBANY,
Aug. 1832.

they stated that without the testimony of *each*, but omitted to add the words *and every of them*, they could not safely proceed to trial.   It was objected that the affidavit was not in compliance with the form prescribed by this court in the case reported as *Anon.* 3 *Wendell,* 225.   The objection was sustained by Mr. Justice SUTHERLAND, who observed, that the rule in respect to these affidavits had been adopted to prevent prevarication, and to avoid discussions as to the form of the papers, and that, in his opinion, it should be rigidly adhered to.

NOTE.—*In a subsequent case* in which the same question arose, the CHIEF JUSTICE, who was presiding at the time, made a similar decision, saying, that in consultation it had been determined to adhere to the decision in 3 *Wendell,* above cited.